TRINA A. HIGGINS, United States Attorney (#9313)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOHN JOSEPH THOMAS GREEN, Defendant. | FELONY COMPLAINT MAGIS NO. 2:22mj781-DAO VIO. COUNTS 1, 8 U.S.C. § 2119, CARJACKING. |

**COUNT 1**
(18 U.S.C. § 2119)
Carjacking

On or about November 4, 2022, in the District of Utah,

**JOHN JOSEPH THOMAS GREEN,**

the defendant herein, knowingly and with intent to cause death and serious bodily harm,

did take and attempted to take a motor vehicle that has been transported, shipped and

1

received in interstate, or foreign commerce, from the person and presence of another by force and violence and by intimidation; all in violation of 18 U.S.C. § 2119.

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

This complaint is based on the following information:

I, Josh Mortensen, being first duly sworn, depose and say:

1. Your affiant has been a Salt Lake City Police Officer for seventeen years. Your affiant is currently assigned to the Auto Theft Unit as a Salt Lake Police Department Detective and a Task Force Officer with the Federal Bureau of Investigations participating in the Violent Crimes Task Force. Prior to this, your affiant was assigned to the Salt Lake City Gang Unit for approximately four years, participating in numerous gang related operations and investigations including aggravated assaults, drive-by shootings, and long term title-3 state and federal wire investigations. Prior to this assignment, your affiant worked as a Task Force Officer with the DEA Metro Task Force for approximately four years, participating in numerous interstate and international drug cases. Prior to the DEA Metro Narcotics Task Force, your affiant worked in the Salt Lake City Narcotics Unit for approximately two years where your affiant participated in numerous undercover operations, street level drug arrests, and was the lead case agent over numerous narcotics cases. Your affiant has had extensive training in narcotic identification and in the investigation of narcotic related offenses. Your affiant's specialized training includes training at the Utah Police Academy (Police Officer Standards and Training), the Salt Lake City Police Academy, and UNOA POST certified training (Utah Narcotic Officer's Association).

2. On or about November 04, 2022, Salt lake City Police Officers responded to the Salt Lake International Airport after a call for service was reported to police by an eighteen-year-old female victim stating she was the victim of a carjacking, where an unknown male suspect, later identified as John Joseph Thomas Green (GREEN), used physical force to pull her out of her vehicle as she was parked curbside at the passenger pick-up area waiting to pick up her father from an incoming flight. GREEN then fled the airport in her stolen vehicle. The stolen vehicle was a 2012 silver Honda Pilot bearing a Utah license plate.

3. United Airlines ticket counter customer service representative first alerted law enforcement concerning GREEN's agitated behavior at the ticket counter. The ticket agent explained that she had helped GREEN at the ticket counter just prior to the carjacking. She said GREEN was being very quiet and unresponsive when she was asking him questions. According to the ticket agent, GREEN's original flight from Salt Lake City to Denver was for the previous night, which he had missed. The agent stated she had acquired GREEN's Colorado ID and was attempting to help him find a new flight.

4. The ticket agent added that GREEN quickly left the lobby area and walked outside to the drop off curb where she noticed him pacing around back and forth near door U2. The agent called airport security requesting assistance. The agent stated GREEN returned to the ticket area and stood there being unresponsive for a substantial period of time. GREEN then took off his blue denim jacket and put it in the trash bin near the ticket counter.

5. The agent stated that GREEN put on his backpack and left the ticket area quickly where he walked back outside to the curb. The agent observed GREEN through the front glass window and she notice him get into a vehicle and drove off.

6. Shortly after GREEN left with the stolen vehicle, the agent heard a young girl screaming in the lobby area. The young girl was running inside to the Southwest ticket counter area. The young girl was screaming that she had been carjacked and the suspect had stolen her vehicle.

7. Your affiant was able to view the airport video surveillance of the carjacking. One camera angle shows GREEN at the counter standing unresponsive for a lengthy period of time. Eventually, GREEN is observed exiting the airport doors and walking up to a silver Honda Pilot parked curbside. The video shows GREEN forcing the front driver side door open and is observed physically fighting with the driver of the Honda Pilot. Your affiant observed the young female driver attempting to fight off GREEN. During the fight, GREEN is observed pulling on her leg dragging her out of the vehicle. GREEN then opens the driver side back seat door and puts his backpack inside the vehicle. The young female driver of the Honda Pilot is observed running frantically away from the vehicle into the lobby area of the airport. GREEN is then observed driving away from the curb and leaving the area in the stolen vehicle.

8. A short time later the stolen Honda Pilot was involved in a collision where Green ran into a building. GREEN left the Honda Pilot and carjacked another individual, stealing his Dodge Durango. The Durango was quickly located by Utah Highway

4

Patrol which resulted in a vehicle pursuit, terminating in Summit County where GREEN was taken into custody.

9. Based on the foregoing information, your affiant respectfully requests that a felony complaint and arrest warrant be issued for John Joseph Thomas Green for a violation of 18 U.S.C Section 2119.

Dated this 7th day of November.

Josh Mortensen
SLCPD
FBI TFO

Subscribed and sworn to before me, this ___7th___ day of November 2022.

DAPHNE A. OBERG
United States Magistrate Judge

APPROVED:
TRINA A. HIGGINS
United States Attorney

CARLOS ESQUEDA
Digitally signed by CARLOS ESQUEDA
Date: 2022.11.07 09:52:43 -07'00'

CARLOS A. ESQUEDA
Assistant United States Attorney