TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOS. |
| vs. | COUNTS 1, 2, and 3: 18 U.S.C. § 2119, Carjacking. |
| JOHN JOSEPH THOMAS GREEN, | |
| Defendant. | Case: 2:22-cr-00450<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 11/15/2022 |

The Grand Jury Charges:

**COUNT 1**
18 U.S.C. § 2119
(Carjacking)

On or about November 4, 2022, in the District of Utah,

1

**JOHN JOSEPH THOMAS GREEN,**

the defendant herein, knowingly and with intent to cause death and serious bodily harm, did take and attempted to take a motor vehicle that has been transported, shipped and received in interstate, and foreign commerce, from the person and presence of another by force and violence and by intimidation; all in violation of 18 U.S.C. § 2119.

**COUNT 2**
18 U.S.C. § 2119
(Carjacking)

On or about November 4, 2022, in the District of Utah,

**JOHN JOSEPH THOMAS GREEN,**

the defendant herein, knowingly and with intent to cause death and serious bodily harm, did take and attempted to take a motor vehicle that has been transported, shipped and received in interstate, and foreign commerce, from the person and presence of another by force and violence and by intimidation; all in violation of 18 U.S.C. § 2119.

**COUNT 3**
18 U.S.C. § 2119
(Attempted Carjacking)

On or about November 4, 2022, in the District of Utah,

**JOHN JOSEPH THOMAS GREEN,**

the defendant herein, knowingly and with intent to cause death and serious bodily harm, did take and attempted to take a motor vehicle that has been transported, shipped and

received in interstate, and foreign commerce, from the person and presence of another by force and violence and by intimidation; all in violation of 18 U.S.C. § 2119.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney